JOSEPH T. RYERSON & SON, INC., Respondent, *v.* A. V. O'DONNELL, INC., et al., Defendants, and JACOB SHAPIRO, Doing Business under the Name of M. SHAPIRO & SON, Appellant.

Submitted January 3, 1939; decided January 10, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 279 N. Y. 109.)

JAMES R. LEAL et al., Appellants, *v.* WESTCHESTER TRUST COMPANY, in Liquidation under GEORGE W. EGBERT, as Superintendent of Banks of the State of New York, Respondent.

Submitted January 3, 1939; decided January 10, 1939.

Motion to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 279 N. Y. 25.)

In the Matter of the Accounting of FIFTH AVENUE BANK OF NEW YORK, as Executor of NELLIE V. THOMPSON, Deceased.

FIFTH AVENUE BANK OF NEW YORK, as Executor, et al., Appellants; JOHN THOMPSON et al., Respondents, Impleaded with Others.

Submitted January 3, 1939; decided January 10, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 279 N. Y. 131.)